DIF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DONALD WILLIAMS,

                    Plaintiff,

-against-

THE NEW YORK CITY HOUSING
AUTHORITY, A.A.H. CONSTRUCTION
CORP.,

                    Defendants.
----------------------------------------------------------------X

**ORDER**

08-cv-2802

NICHOLAS G. GARAUFIS, United States District Judge.

      Plaintiff Donald Williams filed this pro se action on July 10, 2008. (Docket Entry # 1.) By order dated July 21, 2008, Magistrate Judge Bloom directed Plaintiff to serve Defendants with the Summons and Complaint by November 7, 2008 or, absent a showing of good cause, she would recommend that the Complaint be dismissed without prejudice. (Docket Entry # 3.) Plaintiff did not do so and, on December 12, 2008, Magistrate Judge Bloom issued a Report and Recommendation recommending dismissal of the Complaint pursuant to Federal Rule of Civil Procedure 4(m). (Docket Entry # 4.) On December 22, 2008, Plaintiff sought extension of time, but that request was denied by Magistrate Judge Bloom. (Docket Entry # 7.) No objection has been filed.

      The court agrees with the Report and Recommendation that Plaintiff has failed to timely serve Defendants and has not shown good cause for this failure. The court adopts the Report and Recommendation of Magistrate Judge Bloom and dismisses Plaintiff's Complaint without prejudice.

SO ORDERED.

Dated: Brooklyn, New York
March 19, 2009

s/Nicholas G. Garaufis

NICHOLAS G. GARAUFIS
United States District Judge

1